Richard P. Haber. Esq. – RH9456
MCCALLA RAYMER LEIBERT PIERCE, LLC
485 U.S. Highway 1 South
Bldg. F, Suite 300
Iselin, NJ 08830
P: 732-902-5399
F: 732-902-5398
*Attorneys for Plaintiff,*
*iPROMOTEu.com, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IPROMOTEU.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> SASCO NEW JERSEY, INC.; LAURENT D. SPAN; and MYRTHA D. SPAN, <br><br> Defendants. | Case No. 20-cv-20529 <br><br> Civil Action <br><br> **ORDER GRANTING** <br> **FINAL JUDGMENT BY DEFAULT** |

THIS MATTER having been opened to the Court by McCalla Raymer Leibert Pierce, LLC, attorneys for Plaintiff, iPROMOTEu.com, Inc., ("IPU"), on notice to Defendants, SASCO New Jersey, Inc., Laurent D. Span, and Myrtha D. Span ("Defendants"), by a Motion for Entry of Final Judgment by Default Pursuant to Fed. R. Civ. P. 55(b) in favor of IPU and against Defendants; and with the Court having considered IPU's application, and any response by Defendants, and for good cause shown;

IT IS ON THIS  13th  day of  September  , 2021;

1

ORDERED:

1.      That Final Judgment be and is hereby entered in favor of iPROMOTEu.com, Inc., and against each of SASCO New Jersey, Inc., Laurent D. Span, and Myrtha D. Span, jointly and severally, in the amount of **$175,447.94** plus post-judgment interest to accrue pursuant to law;

2.      That the Clerk of the Court shall docket this judgment against each of the aforesaid Defendants; and

3.      That counsel for IPU shall serve a copy of this Order on all Defendants within __7__ days of its entry.

_____
Hon. Susan D. Wigenton, U.S.D.J.